**S. A. French and G. S. French, copartners, trading as S. A. French & Company, plaintiffs in error, v. Eugene Brown, defendant in error. Gen. No. 27,154.**

Action for real estate commission. Judgment for defendant. Error to the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Affirmed. Opinion filed April 30, 1924.

Coburn & Bentley, for plaintiffs in error. Clark & Clark, for defendant in error; Russell S. Clark, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Guido Betti, defendant in error, v. Sam Carnesecchi, plaintiff in error. Gen. No. 27,895.**

Suit as promissory notes. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Henry M. Walker, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1923. Reversed and cause remanded. Opinion filed April 30, 1924.

Cairoli Gigliotti, for plaintiff in error. No appearance for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. William Lardner, plaintiff in error. Gen. No. 28,254.**

Information charging theft from telephone coin box, and attempted theft therefrom. Sentence of 30 days imprisonment. Error to the Municipal Court of Chicago; the Hon. Lee W. Carrier, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed April 30, 1924.

Benjamin E. Cohen, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; Edward E. Wilson and Clyde C. Fisher, Assistant State's Attorneys, of counsel.

Mr. Justice Thomson delivered the opinion of the court.